**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN WILSON, et al.,<br><br>                                    PLAINTIFF(S)<br>             v.<br><br>THE WALT DISNEY COMPANY, et al.,<br><br>                                    DEFENDANT(S). | CASE NUMBER<br><br>LA CV13-03388 JAK (SHx)<br><br>JUDGMENT ON THE VERDICT<br>FOR THE PLAINTIFF(S)<br><br>**JS-6** |

    This action came on for jury trial, the Honorable John A. Kronstadt District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict, IT IS ORDERED AND ADJUDGED that the plaintiffs Steven Wilson and Christina Wilson recover from the defendant the sum of $0.

                                                   Clerk, U. S. District Court

Dated: June 26, 2014                              By          *[signature]*
                                                                         Andrea Keifer, Deputy Clerk