## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WILSON, et al.,<br><br><br>PLAINTIFF(S)<br>v.<br><br>THE WALT DISNEY COMPANY, et al.,<br><br><br>DEFENDANT(S). | CASE NUMBER: LA CV13-03388 JAK (SHx)<br><br><br>**AMENDED JUDGMENT ON THE VERDICT<br>FOR DEFENDANT(S)** |

This action having been tried before the Court sitting with a jury, the Honorable John A. Kronstadt, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

IT IS ORDERED AND ADJUDGED that the plaintiffs Steven Wilson and Christina Wilson take nothing; that the action be dismissed on the merits; and that the defendants Walt Disney Parks and Resorts U.S., Inc. and Disney Enterprises, Inc. recover from the plaintiffs its costs of action, taxed in the sum of an amount to be determined by the filing of the appropriate application.                  .

Clerk, U. S. District Court

Dated: June 26, 2014          By _____

Andrea Keifer, Deputy Clerk

cc:     Counsel of record