1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| STEVEN WILSON and CHRISTINA WILSON<br><br>            Plaintiffs,<br><br>vs.<br><br>THE WALT DISNEY COMPANY, A CORPORATION; WALT DISNEY IMAGINEERING RESEARCH & DEVELOPMENT, INC.; WALT DISNEY PARKS AND RESORTS U.S., INC.; DISNEY ENTERPRISES, INC.; DOE 1, DOE 2, DOE 3, DOE 4, DOE 5, DOE 6 and DOES 7 through 50,<br><br>            Defendant(s). | CASE NO.: LA CV13-03388-JAK-(SHx)<br><br>(ORIGINALLY FILED IN LOS ANGELES SUPERIOR COURT, CASE NO. BC503192)<br><br>**SECOND AMENDED JUDGMENT ON SPECIAL VERDICT (DKT. 203, 204)**<br><br>JUDGE:            JOHN A. KRONSTADT<br>MAGISTRATE:   STEPHEN J. HILLMAN<br><br>DATE OF FILING: MARCH 18, 2013<br>TRIAL DATE:       JUNE 13, 2014 |
|---|---|

This action came on regularly for jury trial on June 13, 2014, before the Honorable John A. Kronstadt, District Court Judge. Plaintiffs STEVEN WILSON AND CHRISTINA WILSON were represented by Barry Novack, Sam Winokur and Steven Bernstein. Defendant WALT DISNEY PARKS AND RESORTS U.S., INC. was represented by Gary Wolensky and Anne Marie Ellis.

A jury of eight (8) persons was regularly impaneled and sworn/acknowledged and agreed to try the cause. Witnesses were sworn and testified. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the cause was submitted to the jury with directions to return a special verdict/verdict on special issues.  The special verdict form was agreed to by the parties.  The jury deliberated and thereafter returned to court with its special verdict/verdict on special issues submitted to the jury and the answers given thereto by the jury, which verdict was in words and figures as follows, to wit:

*We, the jury in the above-entitled action, answer the questions submitted to us as follows:*

*1. Was defendant Walt Disney Parks and Resorts U.S., Inc. negligent?*

*\_\_\_x\_\_\_ YES _____ NO*

*If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.*

*2. Was Walt Disney Parks and Resorts U.S., Inc.'s negligence a substantial factor in causing harm to Steven Wilson?*

*_____YES \_\_\_\_x\_\_ NO*

*If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.*

*3. What are Steven Wilson's Damages?*

| | | |
|---|---|---|
| *a.* | *Past economic loss* | *$_____* |
| | *lost earnings* | *$_____* |
| | *medical expenses* | *$_____* |
| | *other past economic loss* | *$_____* |

*Total Past Economic Damages:*                    *$_____*

  b. *Future economic loss* $_____

   *lost earnings* $_____

   *medical expenses* $_____

   *other future economic loss* $_____

*Total Future Economic Damages:* $_____

  c. *Past noneconomic loss, including physical pain/mental suffering:* $_____

  d. *Future noneconomic loss, including physical pain/mental suffering:* $_____

   TOTAL $_____

*Go to question 4.*

 4. *Was Walt Disney Parks and Resorts U.S., Inc.'s negligence a substantial factor in causing harm to Christina Wilson?*

  _____YES _____ NO

 *If your answer to question 4 is yes, then answer question 5. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.*

 5. *What are Christina Wilson's Damages?*

  a. *Past economic loss medical expenses* $_____

   *other past economic loss* $_____

*Total Past Economic Damages:* $_____

  b. *Future economic loss other future economic loss*

   $_____

*Total Future Economic Damages:* $_____

  c. *Past noneconomic loss, including mental suffering:*

   $_____

  d. *Future noneconomic loss, including mental suffering:*

   $_____

     *TOTAL*    $_____

*Go to question 6.*

 *What are Christina Wilson's damages for loss of her husband's love, companionship, comfort, care, assistance, protection, affection, society, moral support, and enjoyment of sexual relations?* $_____

 *Signed:* _____

   ***Presiding Juror (Please Print)***

 *Dated:* _____

 *After this verdict form has been signed, notify the clerk that you are ready to present your verdict in the courtroom.*

 Based on the jury's verdict, IT IS ORDERED, ADJUDGED AND DECREED Plaintiffs STEVEN WILSON AND CHRISTINA have and recover nothing by reason of their Complaint against WALT DISNEY PARKS AND RESORTS U.S., INC., that the action be dismissed, and that WALT DISNEY PARKS AND RESORTS U.S., INC. shall recover from Plaintiffs its costs of action, taxed in the sum of an amount to be determined by the filing of the appropriate application.

Dated: July 14, 2014

            *[signature]*
            Hon. John A. Kronstadt

Attorneys At Law
Los Angeles

- 4 -  Second Amended Judgment on Special Verdict